**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-50163 |
| Plaintiff-Appellee, | D.C. No. 2:11-cr-00543-JFW |
| v. | |
| PAUL BAKER, a.k.a. Darwin Stanton Baker, Jr., a.k.a. Paul D. Baker, a.k.a. Paul Douglas Baker, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
John F. Walter, District Judge, Presiding

Submitted April 11, 2017**

Before:     GOULD, CLIFTON, and HURWITZ, Circuit Judges.

Paul Baker appeals from the district court's judgment and challenges the

aggregate 135-month sentence imposed following his jury-trial convictions for

conspiracy to commit mail fraud, wire fraud, and offer and sale of unregistered

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

securities, in violation of 18 U.S.C. § 371; mail fraud securities, in violation of 18 U.S.C. § 1341; wire fraud, in violation of 18 U.S.C. § 1343; offer and sale of unregistered securities and aiding and abetting and causing an act to be done, in violation of 15 U.S.C. §§ 77e and 77x and 18 U.S.C. § 2.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Baker contends that the district court procedurally erred by failing to address his request for a downward departure for mental and emotional conditions and physical condition under U.S.S.G. §§ 5H1.3 and 5H1.4.  We review for plain error, *see United States v. Valencia-Barragan*, 608 F.3d 1103, 1108 (9th Cir. 2010), and conclude that there was none.  The record reflects that the court considered Baker's arguments and sufficiently explained its reasons for concluding that a mid-range sentence was warranted.  *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir. 2008) (en banc).

**AFFIRMED.**